# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Fragrance Indirect Purchaser Antitrust Litigation | Civil Action No.: 23-3249 (WJM)(JSA) <br><br> **Entry of Appearance** |

TO THE CLERK:

Kindly enter the appearance of Sarah O'Laughlin Kulik, Esq. on behalf of defendants Firmenich, Incorporated and Agilex Flavors & Fragrances, Inc. in the above-captioned matter.

**DUANE MORRIS LLP**

*/s/ Sarah O'Laughlin Kulik*
Sarah O'Laughlin Kulik
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215)-979-1812
Email: sckulik@duanemorris.com

NJ Bar #: 110942014

## CERTIFICATE OF SERVICE

I, Sarah O'Laughlin Kulik, hereby certify that on August 8, 2023, I caused my Entry of Appearance on behalf of Firmenich Incorporated and Agilex Flavors & Fragrances, Inc. to be filed with the U.S. District Court for the District of New Jersey and served upon counsel of record via the Court's *CM/ECF* system.

By: */s/ Sarah O'Laughlin Kulik*

Sarah O'Laughlin Kulik