UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Fragrance Indirect Purchaser Antitrust Litigation | Civil Action No.: 23-3249 (WJM)(JSA)<br><br>**Entry of Appearance** |

TO THE CLERK:

    Kindly enter the appearance of Sean P. McConnell, Esq. on behalf of defendants Firmenich Incorporated and Agilex Flavors & Fragrances, Inc. in the above-captioned matter.

                                      **DUANE MORRIS LLP**

                                      */s/ Sean P. McConnell*
                                      Sean P. McConnell
                                      30 South 17th Street
                                      Philadelphia, PA  19103-4196
                                      Telephone: (215)-979-1949
                                      Email: spmcconnell@duanemorris.com

                                      NJ Bar #: 31352009

2

## CERTIFICATE OF SERVICE

    I, Sean P. McConnell, hereby certify that on August 8, 2023, I caused my Entry of Appearance on behalf of Firmenich Incorporated and Agilex Flavors & Fragrances, Inc. to be filed with the U.S. District Court for the District of New Jersey and served upon counsel of record via the Court's *CM/ECF* system.

By: */s/ Sean P. McConnell*

Sean P. McConnell