**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
jdepalma@litedepalma.com

*Attorney for Plaintiff Alexia Dahmes D/B/A Alexia Viola Napa Valley*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No.: 23-3249 (WJM)(JSA) <br><br> **NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF DANIEL E. GUSTAFSON, DANIEL C. HEDLUND, DENNIS STEWART AND MICHELLE J. LOOBY** |

**PLEASE TAKE NOTICE** that on September 5, 2023 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Alexia Dahmes D/B/A Alexia Viola Napa Valley ("Plaintiff") will move before Honorable Jessica S. Allen, U.S.M.J. at the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order admitting Daniel E. Gustafson, Daniel C. Hedlund, Dennis Stewart and Michelle J. Looby; and it appearing that Daniel E. Gustafson is the founding member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402; Daniel C. Hedlund is a member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402; Dennis Stewart is a member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402; and Michelle J. Looby is a member of the law firm Gustafson Gluek PLLC, located at

956935.1

Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402, *pro hac vice* for all purposes in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that in support of Plaintiff's motion are the Certifications of Joseph J. DePalma, Daniel E. Gustafson, Daniel C. Hedlund, Dennis Stewart and Michelle J. Looby. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that because this application being made is pursuant to Local Rule 101.1(c) and is within the discretion of the Court, no brief is necessary.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff hereby requests that this motion be decided on the papers pursuant to Rule 78 of the Federal Rules of Civil Procedure.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated: August 8, 2023

 /s/ *Joseph J. DePalma*
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com

**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Mindee J. Reuben
Steven J. Greenfogel
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (267) 519-8306
Fax: (973) 623-0858
mreuben@litedepalma.com
sgreenfogel@litedepalma.com

956935.1

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Frances Mahoney Mosedale
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
fmahoneymosedale@gustafsongluek.com

**GUSTAFSON GLUEK PLLC**
Dennis J. Stewart
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 595-3299
Fax: (612) 339-6622
dstewart@gustafsongluek.com

**BOIESBATTIN LLP**
Timothy D. Battin
Christopher V. Le
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
tbattin@boiesbattin.com
cle@boiesbattin.com

**ZIMMERMAN REED LLP**
David M. Cialkowski
June P. Hoidal
Ian F. McFarland
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
david.cialkowski@zimmreed.com
june.hoidal@zimmreed.com
ian.mcfarland@zimmreed.com

*Attorneys for Plaintiff Alexia Dahmes d/b/a Alexia Viola Napa Valley*