**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
jdepalma@litedepalma.com

*Attorney for Plaintiff Alexia Dahmes D/B/A Alexia Viola Napa Valley*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No.: 23-3249 (WJM)(JSA)<br><br>**CERTIFICATION OF JOSEPH J. DEPALMA IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSIONS OF DANIEL E. GUSTAFSON, DANIEL C. HEDLUND, DENNIS STEWART AND MICHELLE J. LOOBY** |

I, Joseph J. DePalma, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey, a member in good standing of the bar of this Court, and a member of the firm of Lite DePalma Greenberg & Afanador, LLC, located at 570 Broad Street, Suite 1201, Newark, NJ 07102, co-counsel for Plaintiff Alexia Dahmes D/B/A Alexia Viola Napa Valley ("Plaintiff") in the captioned matter. As such, I have personal knowledge of the facts set forth herein.

2. I make this Certification in support of Plaintiff's application to admit Daniel E. Gustafson, Daniel C. Hedlund, Dennis Stewart and Michelle J. Looby *pro hac vice* as counsel for Plaintiff.

3. Daniel E. Gustafson is the founding member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402.

956935.1

4. Mr. Gustafson has advised me that he is a member in good standing of the bars of the State of Minnesota; the United States District Court for the District of Minnesota; the United States District Court for the Eastern District of Michigan; the United States District Court for the Western District of Michigan; the United States District Court for the Eastern District of Wisconsin; the United States District Court for the District of Colorado; the United States Court of Appeals for the First Circuit; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; the United States Court of Appeals for the Sixth Circuit; the United States Court of Appeals for the Seventh Circuit; the United States Court of Appeals for the Eighth Circuit; the United States Court of Appeals for the Tenth Circuit; the United States Court of Appeals for the Eleventh Circuit; and the United States Supreme Court. Mr. Gustafson is fully familiar with the facts of this case.

5. There is good cause for the *pro hac vice* admission of Mr. Gustafson, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by him acting as attorney for Plaintiff in this matter.

6. Daniel C. Hedlund is a member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402.

7. Mr. Hedlund has advised me that he is a member in good standing of the bars of the State of Minnesota; the United States District Court for the District of Minnesota; the United States District Court for the District of Colorado; the United States District Court for the Eastern District of Michigan; and the United States Court of Appeals for the Eighth Circuit. Mr. Hedlund is fully familiar with the facts of this case.

8. There is good cause for the *pro hac vice* admission of Mr. Hedlund, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the

proceedings would be occasioned by him acting as attorney for Plaintiff in this matter.

9. Dennis Stewart is a member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402.

10. Mr. Stewart has advised me that he is a member in good standing of the bars of the State of California; the United States District Court for the Northern District of California; the United States District Court for the Eastern District of California; the United States District Court for the Southern District of California; the United States District Court for the Central District of California; and the United States Court of Appeals for the Ninth Circuit.  Mr. Stewart is fully familiar with the facts of this case.

11. There is good cause for the *pro hac vice* admission of Mr. Stewart, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by him acting as attorney for Plaintiff in this matter.

12. Michelle J. Looby is a member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402.

13. Ms. Looby has advised me that she is a member in good standing of the bars of the State of Minnesota and the United States District Court for the District of Minnesota.  Ms. Looby is fully familiar with the facts of this case.

14. There is good cause for the *pro hac vice* admission of Ms. Looby, as she is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by her acting as attorney for Plaintiff in this matter.

15. Pursuant to Rule 101.1(c)(4) of the Local Civil Rules, my firm will appear in this action, including all court appearances on behalf of Plaintiff, and agrees to accept service of all notices, orders, and pleadings in this action. I or an attorney from my firm will sign and file all

pleadings, enter all appearances, sign all stipulations, and other such documents in this matter. I agree to be responsible for the conduct of the above-named counsel should they be admitted *pro hac vice*.

16. I will make certain that each attorney to be admitted *pro hac vice* in this case will comply with Local Civil Rule 101.1(c).

17. Accordingly, I respectfully request that this Court enter an Order admitting Daniel E. Gustafson, Daniel C. Hedlund, Dennis Stewart and Michelle J. Looby *pro hac vice* in this action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: August 8, 2023               */s/ Joseph J. DePalma*
                                    Joseph J. DePalma

956935.1