**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Attorney for Plaintiff Alexia Dahmes D/B/A Alexia Viola Napa Valley*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Case No. 2:23-cv-03547-WJM-JSA<br><br>**CERTIFICATION OF DANIEL C. HEDLUND, ESQ. IN SUPPORT OF APPLICATION FOR PRO HAC VICE ADMISSION** |
|---|---|

I, **DANIEL C. HEDLUND**, of full age, hereby certifies as follows:

1.      I am a member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402, co-counsel for Plaintiff Alexia Dahmes D/B/A Alexia Viola Napa Valley ("Plaintiff") in the captioned matter. I make this certification on my personal knowledge in support of Plaintiff's application to have me admitted *pro hac vice* in the captioned matter. I am fully familiar with the facts of this case.

2.      I am a member in good standing of the bars of the State of Minnesota (admitted in 1995); the United States District Court for the District of Minnesota (admitted in 1997); the United States District Court for the District of Colorado (admitted in 2020); the United States District Court for the Eastern District of Michigan (admitted in 2015); and the United States Court of Appeals for the Eighth Circuit (admitted in 2010). The names and addresses of the offices maintaining the rolls of members of the bar in these jurisdictions are as follows:

| Court | Date of Admission | Address of Bar Admission Records |
|---|---|---|
| Supreme Court, State of Minnesota | 10/27/1995 | Minnesota Supreme Court Lawyer Registration Office 25 Rev. Dr. Martin Luther King Jr. Blvd., Ste. 110 St. Paul, Minnesota 55155 Telephone: (651) 296-2254 Email: lawyerregistration@mbcle.state.mn.us |
| United States District Court, District of Minnesota | 08/01/1997 | Diana E. Murphy United States Courthouse, 300 South Fourth Street - Suite 202, Minneapolis, MN 55415 Telephone: 612-664-5000 E-mail: ecfhelpdesk@mnd.uscourts.gov |
| United States District Court, Eastern District of Michigan | 10/26/2015 | Theodore Levin U.S. Courthouse 231 W. Lafayette Blvd. Detroit, MI 48226 Telephone: (313) 234-5005 |
| United States District Court, District of Colorado | 06/15/2020 | Office of the Clerk, United States District Court Alfred A Arraj Courthouse 901 19th Street Denver, CO  80294-3589 Attorney Services/Admissions: (303)-335-2060 |
| United States Courts for Appeals for the Eighth Circuit | 1/22/2010 | Federal Court Building 316 North Robert Street Room 500 St. Paul, MN 55101 Telephone: (651) 848-1300 |

3.      I am not under suspension, nor have I ever been suspended or disbarred from any court. No disciplinary proceedings are pending against me, and no discipline has previously been imposed upon me in any jurisdiction.

4.      I am conversant with the local civil rules of the United States District Court for the District of New Jersey and will abide by those rules.

2

5.      Upon entry of the requested order, payment in the appropriate amount will be forwarded to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

6.      In accordance with Local Civil Rule 101.1(c)(3), upon entry of the requested order, payment in the amount of $150.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court. I agree to comply with the requirements of Local Civil Rule 101.1(c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

8.      The firm of Lite DePalma Greenberg & Afanador, LLC of Newark, New Jersey has agreed to work with my firm in the litigation of this action.

9.      I respectfully request that this Court grant Plaintiff's application to have me admitted *pro hac vice* for all purposes in this action, including trial.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 7, 2023

_____
**DANIEL C. HEDLUND**

3