**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Attorney for Plaintiff Alexia Dahmes D/B/A Alexia Viola Napa Valley*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Case No. 2:23-cv-03547-WJM-JSA<br><br>**CERTIFICATION OF<br>DENNIS STEWART, ESQ. IN SUPPORT<br>OF APPLICATION FOR<br>PRO HAC VICE ADMISSION** |

I, **DENNIS STEWART**, of full age, hereby certifies as follows:

1. I am a member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402, co-counsel for Plaintiff Alexia Dahmes D/B/A Alexia Viola Napa Valley ("Plaintiff") in the captioned matter. I make this certification on my personal knowledge in support of Plaintiff's application to have me admitted *pro hac vice* in the captioned matter. I am fully familiar with the facts of this case.

2. I am a member in good standing of the bars of the State of California (admitted in 1981); the United States District Court for the Northern District of California (admitted in 2020); the United States District Court for the Eastern District of California (admitted in 1984); the United States District Court for the Southern District of California (admitted in 1982); the United States District Court for the Central District of California (admitted in 1982); and the United

States Court of Appeals for the Ninth Circuit (admitted in 1993).  The names and addresses of

the offices maintaining the rolls of members of the bar in these jurisdictions are as follows:

| Court | Date of Admission | Address of Bar Admission Records |
|---|---|---|
| United States District Court, Northern District of California | 08/06/2020 | United States District Court, Northern District of California Attorney Admissions Deputy Clerk 450 Golden Gate Ave. San Francisco, CA 94102-3489 Telephone: (415) 522-2060 Email: admisioninfo@cand.uscourts.gov |
| United States District Court, Eastern District of California | 09/14/1984 | United States District Court, Eastern District of California Office of the Clerk Telephone: (866) 884-5525 |
| United States District Court, Southern District of California | 12/01/1982 | United States District Court, Southern District of California James M. Carter and Judith N. Keep U.S. Courthouse, Attorney Admissions 333 West Broadway, Ste. 420 San Diego, CA 92101 Email: attorneyadmissions@casd.uscourts.gov |
| United States District Court, Central District of California | 09/01/1982 | United States District Court Central District of California Attorney Admissions Dept. Email: cacd_attyadm@cacd.uscourts.gov |
| United States Courts for Appeals for the Ninth Circuit | 04/15/1993 | The James R. Browning Courthouse 95 7th Street, San Francisco, CA 94103 Phone: (415) 355-8000 E-mail: AttorneyAdmission@ca9.uscourts.gov |

3.      I am not under suspension, nor have I ever been suspended or disbarred from any

court. No disciplinary proceedings are pending against me, and no discipline has previously been

imposed upon me in any jurisdiction.

4.      I am conversant with the local civil rules of the United States District Court for the District of New Jersey and will abide by those rules.

5.      Upon entry of the requested order, payment in the appropriate amount will be forwarded to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

6.      In accordance with Local Civil Rule 101.1(c)(3), upon entry of the requested order, payment in the amount of $150.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court. I agree to comply with the requirements of Local Civil Rule 101.1(c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

8.      The firm of Lite DePalma Greenberg & Afanador, LLC of Newark, New Jersey has agreed to work with my firm in the litigation of this action.

9.      I respectfully request that this Court grant Plaintiff's application to have me admitted *pro hac vice* for all purposes in this action, including trial.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 7, 2023         _____
                              **DENNIS STEWART**

3