UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | : Civil Action No.: 23-3249 (WJM)(JSA)<br>:<br>: **[PROPOSED] ORDER APPROVING**<br>: **MOTION FOR *PRO HAC VICE***<br>: **ADMISSIONS OF DANIEL E. GUSTAFSON,**<br>: **DANIEL C. HEDLUND, DENNIS STEWART**<br>: **AND MICHELLE J. LOOBY** |

This matter having been presented to the Court by Plaintiff Alexia Dahmes D/B/A Alexia Viola Napa Valley ("Plaintiff") and their attorneys Lite DePalma Greenberg & Afanador, LLC for the entry of an Order allowing the appearance *pro hac vice* of Daniel E. Gustafson, Daniel C. Hedlund, Dennis Stewart and Michelle J. Looby for all purposes in the captioned matter, and the Court having reviewed the Certifications of Joseph J. DePalma, Daniel E. Gustafson, Daniel C. Hedlund, Dennis Stewart and Michelle J. Looby; and it appearing that Daniel E. Gustafson is the founding member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402; Daniel C. Hedlund is a member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402; Dennis Stewart is a member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402; and Michelle J. Looby is a member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402 and for good cause having been shown;

**IT IS** on this _____ day of _____, 2023

**ORDERED**, that Daniel E. Gustafson, Daniel C. Hedlund, Dennis Stewart and Michelle J. Looby are hereby admitted *pro hac vice* for all purposes of representing Plaintiff Alexia

956935.1

Dahmes D/B/A Alexia Viola Napa Valley in the captioned matter, and it is

**FURTHER ORDERED** that, pursuant to Local Rule 101.1(c) Daniel E. Gustafson, Daniel C. Hedlund, Dennis Stewart and Michelle J. Looby shall make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) if they have not already made contributions, and it is

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c)(3), Daniel E. Gustafson, Daniel C. Hedlund, Dennis Stewart and Michelle J. Looby shall make a payment of $150.00, payable to the Clerk, United States District Court, and it is

**FURTHER ORDERED** that Daniel E. Gustafson, Daniel C. Hedlund, Dennis Stewart and Michelle J. Looby shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and the Local Rule 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c), Daniel E. Gustafson, Daniel C. Hedlund, Dennis Stewart and Michelle J. Looby shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

**SO ORDERED**:

_____
Honorable Jessica S. Allen, U.S.M.J.