**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
(973) 596-4500

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No.: 23-3249 (WJM) (JSA) <br><br> **NOTICE OF APPEARANCE OF KEVIN R. REICH, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel on behalf of defendants Givaudan Fragrances Corporation, Givaudan Flavors Corporation, Ungerer & Company, Inc., Givaudan Roure Inc., and Custom Essence Incorporated in the above-captioned action.  Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: August 10, 2023  
      Newark, New Jersey

  s/ Kevin R. Reich
Kevin R. Reich, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel:  (973) 596-4755
Fax:  (973) 639-6206
kreich@gibbonslaw.com