**LITE DEPALMA GREENBERG & AFANDOR, LLC**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Attorneys for Indirect Purchaser Plaintiffs Chautauqua*
*Soap Company and Alexia Dahmes (d/b/a Alexia Viola Napa Valley)*

[Additional counsel listed below]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | : Civil Action No.: 23-3249 (WJM)(JSA) <br> : <br> : **MOTION TO APPOINT INTERIM** <br> : **LEAD COUNSEL, STEERING** <br> : **COMMITTEE, AND LIAISON** <br> : **COUNSEL FOR INDIRECT** <br> : **PURCHASER PLAINTIFF CLASS** |

**PLEASE TAKE NOTICE** that on September 5, 2023 at 9:00 a.m., or as soon thereafter as counsel may be heard, Indirect Purchaser Plaintiffs Chautauqua Soap Company and Alexia Dahmes (d/b/a Alexia Viola Napa Valley), individually and on behalf of all others similarly situated, will move before the Honorable William J. Martini, U.S.D.J. at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order appointing Interim Lead Counsel, Steering Committee, And Liaison Counsel For Indirect Purchaser Plaintiff Class, approving pursuant to Fed. R. Civ. P. 23(g)(3) and granting such other and further relief as the Court may deem just and proper.

1

924129.2

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Indirect Purchaser Plaintiffs Chautauqua Soap Company and Alexia Dahmes (d/b/a Alexia Viola Napa Valley) will rely on the accompanying Brief and Declaration of Joseph J. DePalma. A proposed form of Order is also submitted herewith.

Dated: August 11, 2023

**LITE DePALMA GREENBERG & AFANDOR, LLC**

By: */s/ Joseph J. DePalma*
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Jdepalma@litedepalma.com

**CUNEO GILBERT & LADUCA, LLP**
Blaine Finley
Cody McCracken (*pro hac vice*)
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
bfinley@cuneolaw.com
cmccracken@cuneolaw.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson (*pro hac vice pending*)
Daniel C. Hedlund (*pro hac vice pending*)
Michelle J. Looby (*pro hac vice pending*)
Canadian Pacific Plaza
120 Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com
mlooby@gustasongluek.com

**GUSTAFSON GLUEK PLLC**
Dennis J. Stewart (*pro hac vice pending*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 595-3299
Fax: (612) 339-6622
dstewart@gustafsongluek.com

**TOSTRUD LAW GROUP, P.C.**
Jon A. Tostrud (*pro hac vice*)
Anthony Carter (*pro hac vice*)
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Phone: 310-278-2600
Fax: 310-278-2640
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

**BOIESBATTIN LLP**
Timothy D. Battin (*pro hac vice pending*)
Christopher V. Le (*pro hac vice pending*)
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
tbattin@boiesbattin.com
cle@boiesbattin.com

**ZIMMERMAN REED LLP**
David M. Cialkowski (*pro hac vice pending*)
June P. Hoidal (*pro hac vice pending*)
Ian F. McFarland (*pro hac vice pending*)
1100 IDS Center 80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
david.cialkowski@zimmreed.com
june.hoidal@zimmreed.com
ian.mcfarland@zimmreed.com

*Counsel for Indirect Purchaser Plaintiffs Chautauqua Soap Company and Alexia Dahmes (d/b/a Alexia Viola Napa Valley)*

3

924129.2