UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | : Civil Action No.: 23-3249 (WJM)(JSA) : : : : : : |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.　An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.　If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　*/s/ Joseph J. DePalma*
　　　　　　　　　　　　　　　　　　　　Joseph J. DePalma

**PRO HAC VICE ATTORNEY INFORMATION**:

Name:　　　　Daniel E. Gustafson, Esq.

Address:　　　Gustafson Gluek PLLC
　　　　　　　Canadian Pacific Plaza
　　　　　　　120 South Sixth Street, Suite 2600
　　　　　　　Minneapolis, MN 55402

Email:　　　　dgustafson@gustafsongluek.com

782895.1