**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | : |
|  | : Civil Action No.: 23-3249 (WJM)(JSA) |
|  | : |
|  | : |
|  | : |
|  | : |
|  | : |
|  | : |

**REQUEST BY LOCAL COUNSEL FOR**
**PRO HAC VICE ATTORNEY**
**TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.      An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.      If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.


                                        */s/ Joseph J. DePalma*
                                        Joseph J. DePalma


**<u>PRO HAC VICE ATTORNEY INFORMATION</u>**:

Name:        Daniel C. Hedlund, Esq.

Address:     Gustafson Gluek PLLC
             Canadian Pacific Plaza
             120 South Sixth Street, Suite 2600
             Minneapolis, MN 55402

Email:       dhedlund@gustafsongluek.com

782895.1