**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | : <br> : Civil Action No.: 23-3249 (WJM)(JSA) <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**REQUEST BY LOCAL COUNSEL FOR**
**PRO HAC VICE ATTORNEY**
**TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.     An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.     If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ Joseph J. DePalma*
Joseph J. DePalma

**PRO HAC VICE ATTORNEY INFORMATION**:

Name:        Dennis Stewart, Esq.

Address:     Gustafson Gluek PLLC
             Canadian Pacific Plaza
             120 South Sixth Street, Suite 2600
             Minneapolis, MN 55402

Email:       dstewart@gustafsongluek.com

782895.1