**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION |

Civil Action No. 2:23-3249 (WJM-JSA)


**NOTICE OF APPEARANCE**


     **PLEASE TAKE NOTICE** that Martin M. Toto of White & Case LLP hereby enters his

appearance as counsel for Defendants Symrise Inc. and Symrise US LLC, in the above-captioned

matter, and requests that all pleadings, motions, notices, correspondence, orders, and other filings

pertaining to this case be served on the undersigned at the below address.


Dated:  April 1, 2024

Respectfully submitted,

**WHITE & CASE LLP**

/s/ Martin M. Toto
Martin M. Toto
1221 Avenue of the Americas
New York, NY 10020-1095
Tel: (212) 819-8852
Fax: (212) 354-8113
mtoto@whitecase.com
*Attorneys for Defendants Symrise Inc. and*
*Symrise US LLC*