**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Interim Liaison Counsel for Indirect*
*Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No.: 2:23-cv-03249 (WJM)(JSA)<br><br>**MEMORANDUM IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPOINTMENT OF SUBSTITUTE CO-LEAD CLASS COUNSEL** |

## I.    INTRODUCTION

The Court established the leadership for Indirect Purchaser Plaintiffs ("IPPs") in this antitrust matter in its Case Management Order dated October 20, 2023.  *See* Docket No. 31.  In that Order, the Court appointed attorneys from two firms as IPP Interim Class Counsel. Recently, one of the lawyers in a leadership role, Alec Blaine Finley, Jr., left Cuneo Gilbert & LaDuca, LLP ("CGL") and is withdrawing from this matter.  *See* ECF No. 99.  IPPs now move for the appointment of Michael J. Flannery, an experienced antitrust lawyer and the lead antitrust attorney at CGL, as substitute Interim Class Counsel, replacing Mr. Finley, who has withdrawn. The other IPP Interim Class Counsel, IPP Steering Committee, and IPP Liaison Counsel in this

989368.1

matter support the substitution and appointment of Mr. Flannery as IPP Interim Class Counsel.

## II.    ARGUMENT

As the Court is well aware, having made its prior leadership orders in this case, Federal Rule of Civil Procedure 23 permits the Court to "designate interim counsel to act on behalf of a putative class," Fed. R. Civ. P. 23(g)(3), and that the primary goal in appointing leadership in a complex action "is achieving efficiency and economy without jeopardizing fairness to the parties." Ann. Manual Complex Lit. § 10.221 (4th ed.).[1]  Mr. Flannery is well-prepared to step into the lead counsel role for IPPs and satisfies Rule 23(g)'s criteria for appointment.

Over the course of his 33-year career, Mr. Flannery has had extensive experience in leadership of complex antitrust matters, most recently as counsel for Commercial Food Preparer Plaintiffs ("CFPs") in the *In re Packaged Seafood Antitrust Litigation*, No. 15-md-2670 DMS(MSB) (S.D. Cal.), where he was, before the case recently settled, preparing to act as lead trial counsel in July 2024.  Courts in three other pending antitrust class actions have recently granted Mr. Flannery's request to be substituted as Co-Lead Class Counsel.[2]  *See* Orders attached as Exhibits B-D to Declaration of Michael J. Flannery in Support of Indirect Purchaser Plaintiffs' Motion for Appointment of Substitute Co-Lead Counsel ("Flannery Decl.").  Here, in the wake

---

[1] Rule 23 provides that the Court must consider: (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources counsel will commit to representing the class. Fed. R. Civ. P. 23(g)(1)(A).

[2] *In re Cattle and Beef Antitrust Litig.*, MDL No. 3031 (D. Minn.) (representing a putative class of commercial indirect purchasers of beef);  *In re Pork Antitrust Litig.*, Case No. 18-cv-1776-JRT-HB (D. Minn.) (representing a certified class of commercial indirect purchasers of pork); *In re Turkey Antitrust Litig.*, No. 1:20-cv-02295 (N.D. Ill.) (settlement class counsel for commercial indirect purchasers of turkey); *Generic Pharmaceuticals Pricing Antitrust Litig.*, MDL No. 2724 (E.D. Pa.) (representing a putative class of indirect purchaser pharmacy resellers bringing indirect purchaser actions against drug manufacturers).

989368.1

of Mr. Finley's recent departure, Mr. Flannery has stepped into the litigation role to continue the important pretrial work that is underway, including interacting with co-counsel and working on briefing and service issues, as well as other matters necessary to successfully advance the interests of the IPP class. *See* Flannery Decl., at ¶¶ 6-7.

Mr. Flannery has also had lead counsel roles in other complex antitrust matters during his career. For example, Mr. Flannery served as lead counsel for plaintiffs in the *In re Microsoft Corp. Antitrust Litigation*, MDL 1332, where consumers and small businesses alleged that they had paid more for the computers than was fair due to Microsoft's anticompetitive conduct. Serving as part of the lead counsel team in both state and federal cases against Microsoft, Mr. Flannery worked to coordinate and manage dozens of cases, resulting in settlements worth hundreds of millions of dollars to consumers across the nation. *See* Flannery Decl., at ¶ 8.

Mr. Flannery also served as part of the lead counsel team in *Law v. NCAA,* Civil Action Nos. 94-2053-KHV, 94-2392-KHV and 95-2026-KHV (D. Kansas) (the Restricted Earnings Coach Antitrust Litigation), where hundreds of college coaches alleged that they were wrongfully denied fair pay by their schools as part of a misguided NCAA effort to cut costs. Serving as lead counsel trial coordinator, he helped numerous witnesses present their testimony during several weeks of trial before the Honorable Kathryn Vratil in the District of Kansas. After several weeks of trial and the testimony of college coaches representing virtually every major sport, a federal court jury in Kansas City, Kansas awarded the coaches nearly $70 million (later settled on appeal to the 10th Circuit for $54 million). *See* Flannery Decl., at ¶ 9.

Mr. Flannery also has extensive experience in other complex matters, including trial and appellate experience. In a recent case that was litigated in Missouri state court, Mr. Flannery and co-lead counsel represented a certified class of 13,000 correctional officers owed backpay for

thousands of hours of uncompensated work. The case was tried to a jury verdict in August of 2018, with the jury awarding $113.7 million dollars to the class. The State of Missouri appealed, with the Supreme Court of Missouri eventually issuing a partial affirmance of both the verdict and summary judgment for the class, upholding the State's liability. The case was eventually settled in 2022, as preparations were underway for a second trial, for more than the original verdict. *See* Flannery Decl., at ¶ 10.

Mr. Flannery is also currently appointed as Interim Co-Lead Counsel in a matter pending against Ferrari in the District of New Jersey, *Rose v. Ferrari North America, et al.*, Civil Action No. 2:21-cv-20772 (JKS) (CLW), alleging that certain models of Ferrari vehicles have defective braking systems. That case is currently at the pleading stage. *See* Flannery Decl., at ¶ 11. Mr. Flannery was also one of three co-lead counsel in the *In re Toll Roads Litigation*, Case No. 8:16-CV-00262-ODW (JCGx) (C.D. California). In that case, California drivers alleged privacy violations and excessive fines from improper operation of certain Orange County, California toll roads. The case settled in 2022, with substantial monetary relief provided to those affected. *See* Flannery Decl., at ¶ 12.

Other examples of Mr. Flannery's experience in complex matters include the following:

- Mr. Flannery served as part of the team that prosecuted of one of the largest antitrust class actions ever brought, *In re NASDAQ Market-Makers Antitrust Litigation*, MDL No. 1023 (S.D.N.Y.). Investors alleged that the NASDAQ market-makers set and maintained wide spreads pursuant to an industry-wide conspiracy in one of the largest and most important antitrust cases in recent memory. After over three years of intense litigation, the case was settled for a total of $1.027 billion, at the time the largest antitrust settlement ever.

4

989368.1

- Mr. Flannery served as co-lead counsel on behalf of classes of Hispanic and female employees of the Regents of the University of California working at Los Alamos National Laboratory in Los Alamos, New Mexico. *See Longmire v. Regents of the University of California d/b/a Los Alamos National Laboratory*, No. 03-CV-1404 (D.N.M.). Plaintiffs alleged that the defendant discriminated against female and Hispanic employees in terms of pay, promotion, educational opportunities and other terms and conditions of employment. The case resulted in a $12 million cash settlement for the affected female and Hispanic employees.

- Mr. Flannery has also successfully represented:

  o Investors who lost money in an alleged securities fraud by Hollywood Video and the company's underwriters in connection with a public stock offering. A multi-million-dollar settlement for the injured investors was obtained on the eve of trial.

  o Businesses and consumers who were forced to pay more for an important anti-anxiety medication, Buspar, because of illegal actions of the drug's manufacturer, Bristol-Myers Squibb. The case resulted in a multi-million-dollar cash settlement. Mr. Flannery also served as co-lead counsel in a similar case in the District of New Jersey involving the drug K-Dur.

  o Homeowners across the nation whose homes were constructed with defective Entran II hose. The case was settled for over $300 million.

  o Owners who allege that their Toyota Prius vehicles were defective, and that Toyota had concealed the true nature of the defect, notwithstanding multiple

5

989368.1

recalls.    The case was recently settled, with substantial monetary and warranty relief available to members of the affected settlement class. *See* Flannery Decl., at ¶¶ 13-15.

In addition to Mr. Flannery's extensive expertise in litigating complex class action matters, including antitrust matters, CGL has continued to demonstrate, as it has throughout this litigation, that it has the commitment and resources necessary to vigorously prosecute this action and protect the IPP class's interests.  Accordingly, IPPs respectfully move for the appointment of Michael J. Flannery of Cuneo Gilbert & LaDuca, LLP as Co-Lead Counsel in this matter.

## III.    CONCLUSION

IPPs respectfully request that the Court enter an order appointing Michael J. Flannery of Cuneo Gilbert & LaDuca, LLP as Interim Class Counsel, as substitute for Blaine Finley, who has withdrawn.

Dated: April 19, 2024                    **LITE DEPALMA GREENBERG & AFANADOR, LLC**

*/s/ Joseph J. DePalma*
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Mindee J. Reuben
Steven J. Greenfogel
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (267) 519-8306
Fax: (973) 623-0858
mreuben@litedepalma.com
sgreenfogel@litedepalma.com

6

989368.1

*Interim Liaison Counsel for Indirect Purchaser Plaintiffs*

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson *(pro hac vice)*
Daniel C. Hedlund *(pro hac vice)*
Michelle J. Looby *(pro hac vice)*
Frances Mahoney Mosedale *(pro hac vice)*
Bailey Twyman-Metzger *(pro hac vice)*
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
fmahoneymosedale@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

**GUSTAFSON GLUEK PLLC**
Dennis J. Stewart *(pro hac vice)*
600 West Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 595-3299
Fax: (612) 339-6622
dstewart@gustafsongluek.com

*Interim Class Counsel for Indirect Purchaser Plaintiffs*

**TOSTRUD LAW GROUP, PC**
Jon A. Tostrud *(pro hac vice)*
Anthony Carter *(pro hac vice)*
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

**BOIESBATTIN LLP**
Timothy D. Battin *(pro hac vice)*
Christopher V. Le *(pro hac vice)*
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
tbattin@boiesbattin.com
cle@boiesbattin.com

7

989368.1

*Interim Steering Committee for Indirect Purchaser Plaintiffs*

Michael J. Flannery
**CUNEO GILBERT & LADUCA, LLP**
Two CityPlace Drive
Second Floor
St. Louis, MO  63141
Telephone:  (314) 226-1015
mflannery@cuneolaw.com

Cody McCracken
Lissa Morgans
Daniel Cohen
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
Telephone:  (202) 789-3960
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com
danielc@cuneolaw.com

8

989368.1

## CERTIFICATE OF SEVICE

I certify that on April 19, 2024, I filed the foregoing document with the Clerk of the Court for the United States District of New Jersey by using the Court's CM/ECF system and served counsel of record via this Court's CM/ECF system.

*/s/ Joseph J. DePalma*
Joseph J. DePalma

989368.1