# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No.: 2:23-cv-03249 (WJM)(JSA) <br><br> **ORDER GRANTING MOTION FOR APPOINTMENT OF SUBSTITUTE INTERIM CLASS COUNSEL** |

Having considered the Indirect Purchaser Plaintiffs' ("IPPs") Motion for Appointment of Substitute Interim Class Counsel, and for good cause shown,

**IT IS** on this 31st day of May, 2024

**ORDERED**, that Michael J. Flannery of Cuneo Gilbert & LaDuca, LLP is substituted and appointed as Interim Class Counsel in place of Alec Blaine Finley, Jr., who has withdrawn, and it is.

**FUTHER ORDERED** that Mr. Flannery shall have the same duties and responsibilities as delineated in this Court's Order appointing Interim Class Counsel for IPPs (*see* ECF No. 31).

**SO ORDERED:**

s/Jessica S. Allen
Hon. Jessica S. Allen, U.S.M.J.

989358.1