**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-cv-02174 (WJM) (JSA) |
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-cv-03249 (WJM) (JSA) |
| IN RE: FRAGRANCE END-USER PLAINTIFF ANTITRUST LITIGATION | Civil Action No. 23-cv-16127 (WJM) (JSA)<br><br>*Document electronically filed* |

**[PROPOSED] ORDER GRANTING JUDGMENT ON THE PLEADINGS**

**THIS MATTER** having been opened to the Court on the motion filed by defendants Firmenich SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, Custom Essence LLC, Symrise AG, Symrise Inc., Symrise US LC, and International Flavors & Fragrances Inc. ("Defendants"), by and through their respective attorneys, seeking an Order granting judgment on the pleadings for Defendants pursuant to Federal Rule of Civil Procedure 12(c); and the Court having considered the parties' submissions in support of and in opposition to the motion, as well as the arguments of counsel, if any; and for the reasons set forth by the Court:

**IT IS** on this _____ day of _____, 2026,

1

**ORDERED** that Defendants' Motion for Judgment on the Pleadings is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Complaints in the above-referenced actions are hereby dismissed in their entirety.

_____
Honorable William J. Martini
United States District Judge