

**Michael E. Hamburger**
Partner
+1 973.596.4437 (t)
+1 973.639.6369 (f)
mhamburger@fbtgibbons.com

July 9, 2026

<u>VIA ECF</u>
Honorable William J. Martini
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:  In re: Fragrance Direct Purchaser Antitrust Litigation,**
> **No. 23-cv-02174 (WJM) (JSA)**
> **In re: Fragrance Indirect Purchaser Antitrust Litigation,**
> **No. 23-cv-03249 (WJM) (JSA)**
> **In re: Fragrance End-User Plaintiff Antitrust Litigation,**
> **No. 23-cv-16127 (WJM) (JSA)**

Dear Judge Martini:

This Firm is co-counsel to defendants Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, and Custom Essence, LLC (collectively, "Givaudan Defendants") in the above-referenced actions.  Yesterday, Defendants in these actions filed a Notice of Defendants' Motion for Judgment on the Pleadings, a supporting Memorandum of Law, and a Proposed Order. The Notice of Motion and Proposed Order inadvertently listed International Flavors & Fragrances Inc. ("IFF") as among the Defendants bringing the Motion.  IFF, however, did not join the Motion. As such, Defendants are filing an Amended (Corrected) Notice of Motion and an Amended (Corrected) Proposed Order today to remove IFF from the list of Defendants bringing the Motion.

Respectfully submitted,

*s/ Michael E. Hamburger*

Michael E. Hamburger
Partner