**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-cv-02174 (WJM) (JSA) |
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-cv-03249 (WJM) (JSA) |
| IN RE: FRAGRANCE END-USER PLAINTIFF ANTITRUST LITIGATION | Civil Action No. 23-cv-16127 (WJM) (JSA) |
| | **ORAL ARGUMENT REQUESTED** |
| | *Document electronically filed* |
| | **RETURN DATE: August 3, 2026** |

**AMENDED (CORRECTED) NOTICE OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

1

**TO:**

James E. Cecchi
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1225 Franklin Ave, Suite 325
Garden City, NY 11530

*Counsel for Direct Purchaser Plaintiffs*

Joseph J. DePalma
Laura K. Mummert
Catherine B. Derenze
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, NJ 07102

Evelyn Y. Riley *(pro hac vice)*
Cody McCracken *(pro hac vice)*
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
2445 M Street NW, Suite 740
Washington, D.C. 20037

Michelle J. Looby *(pro hac vice)*
Daniel E. Gustafson *(pro hac vice)*
Daniel C. Hedlund *(pro hac vice)*
Bailey Twyman-Metzger *(pro hac vice)*
Frances Mahoney-Mosedale *(pro hac vice)*
**GUSTAFON GLUEK**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Christopher M. Burke
**BURKE LLP**
402 W. Broadway, Suite 1890
San Diego, CA 92101-8577

Hilary K. Scherrer
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20006

Michael J. Flannery *(pro hac vice)*
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
Two City Place Drive
St. Louis, MO 63141

Dennis J. Stewart *(pro hac vice)*
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101

Jon A. Tostrud *(pro hac vice)*
Anthony M. Carter *(pro hac vice)*
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

Christopher V. Le *(pro hac vice)*
**BOSSON LAW GROUP**
8300 Arlington Blvd.
Suite B2
Fairfax, VA 22031

2

David M. Cialkowski *(pro hac vice)*
June P. Hoidal *(pro hac vice)*
Ian F. McFarland *(pro hac vice)*
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402

*Counsel for Indirect Purchaser Plaintiffs*

Michael D. Fitzgerald
**LAW OFFICES OF MICHAEL D. FITZGERALD**
1 Industrial Way West, Unit B Eatontown, NJ 07724
P.O. Box 1067
Oakhurst, NJ 07755

Kimberly A. Justice (*pro hac vice*)
**JUSTICE JAGHER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428

Kellie Lerner (NJ Bar No. 018532003)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, 19th Floor New York, New York 10122

*Counsel for End-User Plaintiffs*

3

**PLEASE TAKE NOTICE** that, on August 3, 2026, or such other time and date to be scheduled by the Court, defendants DSM-Firmenich AG, Firmenich International SA, Firmenich SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, Custom Essence LLC, Symrise AG, Symrise Inc., and Symrise US LLC ("Defendants"), by and through their respective undersigned attorneys, will move before the Honorable William J. Martini, United States District Judge, at the Martin Luther King Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure granting judgment on the pleadings for Defendants.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Defendants will rely upon the accompanying Memorandum of Law and all other papers and pleadings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification of Service is attached hereto.

4

Dated:  July 9, 2026

Respectfully submitted,

s/ *Liza M. Walsh*
Liza M. Walsh
Jessica K. Formichella
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100
lwalsh@walsh.law

Robert Milne (*pro hac vice* forthcoming)
Martin M. Toto
William H. Bave, III (*pro hac vice*)
Gina M. Chiappetta (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
rmilne@whitecase.com
mtoto@whitecase.com
william.bave@whitecase.com
gina.chiappetta@whitecase.com

*Attorneys for Defendants Symrise AG, Symrise Inc., and Symrise US LLC*

s/ *Sean P. McConnell*
Sean P. McConnell
Sarah O'Laughlin Kulik
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
(215) 979-1947
spmcconnell@duanemorris.com
sckulik@duanemorris.com

s/ *Michael E. Hamburger*
Michael E. Hamburger
**FBT GIBBONS LLP**
One Gateway Center
Newark, NJ 07102
(973) 596-4500
mhamburger@fbtgibbons.com

Andrew C. Finch (*pro hac vice*)
Michael A. Paskin (*pro hac vice*)
Helam Gebremariam (*pro hac vice*)
Melissa A. Syring (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
afinch@cravath.com
mpaskin@cravath.com
hgebremariam@cravath.com
msyring@cravath.com

*Attorneys for Defendants Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, and Custom Essence LLC*

5

D. Jarrett Arp (*pro hac vice*)
Mari Grace (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
1050 17th Street, NW
Washington, D.C. 20036
(202) 962-7020
jarrett.arp@davispolk.com
mari.grace@davispolk.com

Arthur J. Burke (*pro hac vice*)
Christopher Lynch (*pro hac vice*)
Peter M. Bozzo
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
(212) 450-4352
arthur.burke@davispolk.com
christopher.lynch@davispolk.com
peter.bozzo@davispolk.com

*Attorneys for Defendants DSM-
Firmenich AG, Firmenich International
SA, Firmenich SA, Firmenich Inc., and
Agilex Flavors & Fragrances, Inc.*

# CERTIFICATION OF SERVICE

I, Michael E. Hamburger, hereby certify as follows:

1. On July 9, 2026, the following documents were electronically filed with the Clerk of the Court on the Court's ECF System, which effected service of the following documents on all counsel of record:

    a. Amended (Corrected) Notice of Defendants' Motion for Judgment on the Pleadings; and

    b. Amended (Corrected) [Proposed] Order Granting Judgment on the Pleadings.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: July 9, 2026                    *s/ Michael E. Hamburger*
                                           Michael E. Hamburger