**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-cv-02174 (WJM) (JSA) |
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-cv-03249 (WJM) (JSA) |
| IN RE: FRAGRANCE END-USER PLAINTIFF ANTITRUST LITIGATION | Civil Action No. 23-cv-16127 (WJM) (JSA)<br><br>*Document electronically filed* |

**AMENDED (CORRECTED) [PROPOSED] ORDER GRANTING
JUDGMENT ON THE PLEADINGS**

**THIS MATTER** having been opened to the Court on the motion filed by defendants DSM-Firmenich AG, Firmenich International SA, Firmenich SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, Custom Essence LLC, Symrise AG, Symrise Inc., and Symrise US LC. ("Defendants"), by and through their respective attorneys, seeking an Order granting judgment on the pleadings for Defendants pursuant to Federal Rule of Civil Procedure 12(c); and the Court having considered the parties' submissions in support of and in opposition to the motion, as well as the arguments of counsel, if any; and for the reasons set forth by the Court:

1

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that Defendants' Motion for Judgment on the Pleadings is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Complaints in the above-referenced actions are hereby dismissed in their entirety.

_____

Honorable William J. Martini
United States District Judge